FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Jan 12, 2018
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

KENNETH WILLIAMS                                                           PLAINTIFF

V.                         NO. 18-5005-PKH

THE LARSON GROUP, INC. d/b/a
PETERBILT OF NW ARKANSAS
and PACCAR FINANCIAL CORP.                              DEFENDANTS

## NOTICE OF REMOVAL

In accordance with 28 U.S.C. §§ 1441 and 1446, defendant PACCAR Financial Corp. ("PACCAR") hereby gives notice of the removal of this action from the Circuit Court of Benton County, Arkansas, to the United States District Court for the Western District of Arkansas, Fayetteville Division. Removal jurisdiction based upon diversity of citizenship, 28 U.S.C. § 1332, is proper pursuant to the following:

1.    This lawsuit is a civil action within the meaning of the Acts of Congress relating to the removal of cases.

2.    This case, styled *Kenneth Williams v. The Larson Group, Inc. d/b/a Perterbilt of NW Arkansas and PACCAR Financial Corp.*, was filed on December 8, 2017, in the Circuit Court of Benton County, Arkansas, as civil action 04CV-17-2630, on the docket of that Court.

3.    In his Complaint, Plaintiff, Kenneth Williams ("Williams"), alleges causes of action for negligence, breach of express and implied warranties, and defective design with respect to a 2014 Peterbilt 389 truck.

1570775-v1

4.  Williams seeks damages for "his sustaining injuries and suffering total disabilities" as well as for past and future pain and suffering. (Ex. A, Compl. ¶¶ 28, 30). Williams also "prays for an amount in excess of that required for Federal jurisdiction and damages". (*Id.* at WHEREFORE clause of Complaint).

5.  PACCAR was served with summons and complaint on December 15, 2017. Upon information and belief, separate Defendant The Larson Group is not a "citizen" of Arkansas and has not been served with summons and complaint yet. At this point since The Larsen Group has not yet been served, consent to removal from The Larsen Group is not required. 28 U.S.C. § 1441(a).

6.  This case is removed pursuant to 28 U.S.C. § 1441(a) and (b). Jurisdiction in the United States District Court for the Western District of Arkansas is based on the diversity jurisdiction of the Court under 28 U.S.C. § 1332(a).

7.  On information and belief, and according to the allegations of the Complaint, at the time of the filing of his Complaint and at all relevant times to his allegations, Williams was an individual citizen and resident of the State of Oklahoma for the purposes of 28 U.S.C. § 1332 and 28 U.S.C. § 1441. (Ex. A, Compl. ¶ 1).

8.  Defendant The Larson Group, Inc. is incorporated in Missouri and has a principal place of business in that same state. Therefore, for purposes of diversity, it is a citizen of Missouri. *See* 28 U.S.C. § 1332(c).

9. Defendant PACCAR is incorporated in Washington and has a principal place of business in Bellevue, Washington. Therefore, for purposes of diversity, it is a citizen of Washington. *See* 28 U.S.C. § 1332(c).

10. Complete diversity of citizenship exists between plaintiff (who is a citizen of Oklahoma) and the defendants (all of whom are citizens of states other than Oklahoma).

11. The amount in controversy exceeds $75,000, excluding interest and costs. (*See* Exhibit A in the WHEREFORE clause of the complaint stating that plaintiff is seeking a judgment from defendants "in an amount in excess of that required for Federal jurisdiction"). 28 U.S.C. § 1446(c)(2).

12. Because there is complete diversity of citizenship and an amount in controversy exceeding $75,000, this Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1332(a), and removal of the case to this Court is proper pursuant to 28 U.S.C. § 1441(b).

13. Pursuant to 28 U.S.C. § 1446(b), this notice of removal has been filed within thirty days of PACCAR being served in this matter.

14. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon PACCAR in the state court action are attached to this notice as Exhibit "A."

15. In accordance with 28 U.S.C. § 1446(d), PACCAR will file a file-marked copy of this notice of removal with the Circuit Clerk of Benton County, Arkansas, and will serve notice of the removal in writing on counsel for plaintiff.

1570775-v1

16. The United States District Court for the Western District of Arkansas, Fayetteville Division, embraces the county in which the state court action is now pending. This action may be removed to this Court pursuant to 28 U.S.C. § 1441.

17. Undersigned counsel states that this removal is well grounded in fact, warranted by existing law, and not interposed for an improper purpose.

WHEREFORE, separate defendant, PACCAR Financial Corp., hereby removes this action from the Circuit Court of Benton County, Arkansas, to the United States District Court for the Western District of Arkansas, Fayetteville Division, and seeks resolution by this Court of all issues raised herein.

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: jsallings@wlj.com

By _____
Jerry J. Sallings (84134)
Dustin K. Doty (2013144)
*Attorney for Defendant PACCAR Financial Corp.*

## CERTIFICATE OF SERVICE

On January 12, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of the filing to the following:

Bobby Lee Odom
C. Thomas Odom, Jr.
Odom Law Firm, P.A.
161 W. Van Asche Loop
Fayetteville, AR 72703
bodom@odomfirm.com
todom@odomfirm.com

_____
Jerry J. Sallings