ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2017-Dec-08  11:54:38
04CV-17-2630
C19WD05 : 7 Pages

IN THE CIRCUIT COURT OF BENTON, ARKANSAS

KENNETH WILLIAMS                                           PLAINTIFF

vs.                                 NO. _____

THE LARSON GROUP, INC. d/b/a
PETERBILT OF NW ARKANSAS
and PACCAR FINANCIAL CORP.                          DEFENDANTS

## COMPLAINT AT LAW

COMES NOW the Plaintiff, KENNETH WILLIAMS, through his attorneys, Odom Law Firm, P.A., and for his cause of action against the Defendants, THE LARSON GROUP, INC. d/b/a PETERBILT OF NW ARKANSAS and PACCAR FINANCIAL CORP. states and alleges to wit:

### I. PARTIES, JURISDICTION, AND VENUE

1. That Plaintiff, Kenneth Williams, was a resident and citizen of Watts, Oklahoma on February 25, 2016 and at all relevant times giving rise to the cause of action relevant to this Complaint.

2. That Defendant, Peterbilt, Inc., was a manufacturer of trucks in the United States and is doing business in the State of Arkansas on February 25, 2016 and at all relevant times giving rise to the cause of action relevant to this Complaint.

3. That Defendant, The Larson Group d/b/a Peterbilt of NW Arkansas, was business doing business at 715 N. Bloomington Street in Lowell, Benton County,

EXHIBIT A

Arkansas on February 25, 2016 and at all relevant times giving rise to the cause of action relevant to this Complaint.

4. That Defendant, PACCAR Financial Corp., owns and operated Peterbilt, Inc., and was doing business in the State of Arkansas on February 25, 2016 and at all relevant times giving rise to the cause of action relevant to this Complaint.

5. That Kenneth Williams was employed as a truck driver since 1979. That he had been employed by Airport Transportation/Regional Jet Center for approximately twelve (12) years prior to February 25, 2016. That his employment, Airport Transportation/Regional Jet Center, was located near Bentonville, Arkansas at all times relevant to this Complaint.

6. That this Court has personal jurisdiction over all parties in accordance with Ark. Code Ann. § 16-4-101.

7. That this Court has subject matter jurisdiction over the causes of action identified in this Complaint.

8. That this Court has proper venue over the causes of action in accordance with Ark. Code Ann. § 16-60-101.

II. FACTUAL ALLEGATIONS

9. The Plaintiff re-alleges and incorporates by reference each of the foregoing paragraphs as if set forth verbatim herein.

10. That on or about October 2013 Airport Transportation/Regional Jet Center assigned Kenneth Williams a new 2014 Peterbilt 389 truck.

11. That Defendant PACCAR Financial Corp. manufactured, sold and distributed 2014 Peterbilt 389 trucks. That Defendant PACCAR Financial Corp. sold Kenneth Williams' truck to his employer, Airport Transportation/Regional Jet Center.

12. That Kenneth Williams' primary duties were driving the truck daily from Bentonville, Arkansas to Tulsa, Oklahoma.

13. That within days of receiving his 2014 Peterbilt 389 truck and driving from Bentonville, Arkansas to Tulsa, Oklahoma, Kenneth Williams started having symptoms of carbon monoxide poisoning.

14. That Kenneth Williams communicated to his employer, Airport Transportation/Regional Jet Center, his concerns of the faulty exhaust in the cab of his 2014 Peterbilt 389 fuel truck.

15. That as a result of Kenneth Williams' communication with the company, Airport Transportation/Regional Jet Center had their 2014 Peterbilt 389 truck serviced by the Defendant, The Larson Group d/b/a Peterbilt of NW Arkansas, among other places.

16. That Kenneth Williams took the truck to Defendant Peterbilt of NW Arkansas in Lowell approximately every 10,000 miles. That Kenneth Williams took the truck to Defendant Peterbilt of NW Arkansas in Lowell approximately eighteen (18) times.

17. That on or about February 23, 2016, Kenneth Williams again took the truck to Defendant Peterbilt of NW Arkansas in Lowell to check it for exhaust leakage and they assured there was no leakage.

18. That Kenneth Williams in reliance of Defendant Peterbilt of NW Arkansas' assurances Kenneth Williams continued to drive the 2014 Peterbilt 389 fuel truck.

19. That on February 25, 2016 Kenneth Williams last drove the described truck to Tulsa, Oklahoma and back to Bentonville, Arkansas during which he inhaled exhaust fumes inside of the truck.

20. That, despite Defendant Peterbilt of NW Arkansas' assurances, the truck was found to have issues with a faulty exhaust system.

21. That Kenneth Williams began to feel light headed on his trip to Tulsa, Oklahoma on February 25, 2016.

22. That Kenneth Williams sought treatment at the emergency room in Siloam Springs on February 26, 2016. That Kenneth Williams was treated for light-headedness, dizziness, and shortness of breath.

23. That the medical studies indicated that Kenneth Williams suffered carbon monoxide poisoning.

24. That Kenneth Williams has been totally disabled since February 25, 2016.

25. That following the February 25, 2016 incident, a third party dealership discovered longstanding exhaust leak with Kenneth Williams' truck due to a faulty exhaust system.

26. That two other trucks of the same model owned by Kenneth Williams' employer, Airport Transportation/Regional Jet Center, were later inspected and shared the same exhaust leak issue.

### III.   CAUSES OF ACTION and PRAYER FOR RELIEF

27. The Plaintiff re-alleges and incorporates by reference each of the foregoing paragraphs as if set forth verbatim herein.

28. That Kenneth Williams having told the Defendant, The Larson Group d/b/a Peterbilt of NW Arkansas, that he smelled exhaust or was having problems with the truck, and them assuring him that there was nothing wrong with the truck, that they were the proximate cause of his sustaining injuries and suffering total disabilities.

29. That as a proximate result of Defendant PACCAR Financial Corp.'s negligence, Kenneth Williams has been disabled since February 25, 2016 from inhaling the diesel exhaust on the 2014 Peterbilt 389 fuel truck and that he has incurred medical bills in the past, and will continue to incur medical bills in the future; has incurred loss of wages from February 25, 2016, and he will have loss of wages in the future. That as a result of driving the truck Kenneth Williams has had pain and suffering in the past, in the present and he will continue to have pain and suffering in the future.

30. That as a proximate result of Defendant The Larson Group d/b/a Peterbilt of NW Arkansas' negligence, Kenneth Williams has been disabled since February 25, 2016 from inhaling the diesel exhaust on the 2014 Peterbilt 389 fuel truck and that he has incurred medical bills in the past, and will continue to incur medical bills in the future; has incurred loss of wages from February 25, 2016, and he will have loss of wages in the future. That as a result of driving the truck Kenneth Williams has had pain and suffering in the past, in the present and he will continue to have pain and suffering in the future.

31. That Defendant PACCAR Financial Corp. having manufactured the 2014 Peterbilt 389 truck was guilty of the following acts:

    (a) Defect in the manufacturing and the design and negligent in the manufacturing and:

        1. They breached the express warranty;
        2. They breached the implied warranty;
        3. They should be held strictly liable for the negligence in the design;
        4. There was a defect in the design; and
        5. There was negligence in manufacturing.

32. That The Larson Group d/b/a Peterbilt of NW Arkansas and PACCAR Financial Corp. should be held liable for damages due to the number of trucks that they have placed on the road with causing damages to Plaintiff Kenneth Williams and others.

**WHEREFORE, PREMISES CONSIDERED,** the plaintiff, KENNETH WILLIAMS, prays for an amount in excess of that required for Federal jurisdiction and damages and all other relief to which he may be entitled.

KENNETH WILLIAMS,

PLAINTIFF

BY: _____
Bobby Lee Odom, #70054
C. Thomas Odom, Jr., #2017132
ODOM LAW FIRM, P.A.
161 W. Van Asche Loop
Fayetteville, AR 72703
Ph.: (479) 442-7575
bodom@odomfirm.com
todom@odomfirm.com

*ATTORNEYS FOR THE PLAINTIFF*