## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**KENNETH WILLIAMS**                                                                                 **PLAINTIFF**

VS.                                      NO. 5:18-CV-05005-PKH

**THE LARSON GROUP, INC. d/b/a**
**PETERBILT OF NW ARKANSAS**
**and PACCAR INC.**                                                                                  **DEFENDANTS**

### STIPULATION FOR DISMISSAL

The Court is advised that plaintiff and defendants have entered into a settlement agreement involving all claims that were made or could have been made in this lawsuit. They stipulate that the claims and causes of action that were or could have been asserted by the plaintiff against defendants or any of them should be dismissed with prejudice.

WHEREFORE, plaintiff Kenneth Williams and defendants The Larson Group, Inc. d/b/a Peterbilt of NW Arkansas and PACCAR INC. stipulate that they have entered into a settlement agreement involving all claims that were made or could have been made in this lawsuit. They stipulate that the claims and causes of action that were or could have been asserted by the plaintiff against defendants should be dismissed with prejudice, and move this court to enter an order of dismissal with prejudice, accordingly; and for all other proper relief.

Approved for entry:

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: jsallings@wlj.com
       ddoty@wlj.com

By /s/ Dustin Doty
    Jerry J. Sallings (84134)
    Dustin K. Doty (2013144)
    *Attorneys for PACCAR INC.*

James M. Simpson, Esq.
FRIDAY, ELDRIDGE & CLARK, LLP
400 W. Capitol Ave., Suite 2000
Little Rock, AR 72201
simpson@fridayfirm.com

and

J. Carter Fairley, Esq.
BARBER LAW FIRM
425 W. Capitol Ave., Suite 3400
Little Rock, AR 7220
cfairley@barberlawfirm.com

By /s/ J. Carter Fairley
  *Attorneys for The Larson Group, Inc.*
  *d/b/a Peterbilt of NW Arkansas*

ODOM LAW FIRM, P.A.
161 W. Van Asche Loop
Fayetteville, AR 72703
codom@odomfirm.com


By _____
    Conrad Thomas Odom
    *Attorneys for Plaintiff*

Approved for entry:

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: jsallings@wlj.com
          ddoty@wlj.com


By_____
   Jerry J. Sallings (84134)
   Dustin K. Doty (2013144)
   *Attorneys for PACCAR INC.*

James M. Simpson, Esq.
FRIDAY, ELDRIDGE & CLARK, LLP
400 W. Capitol Ave., Suite 2000
Little Rock, AR 72201
simpson@fridayfirm.com

and

J. Carter Fairley, Esq.
BARBER LAW FIRM
425 W. Capitol Ave., Suite 3400
Little Rock, AR 7220
cfairley@barberlawfirm.com


By_____
  *Attorneys for The Larson Group, Inc.*
  *d/b/a Peterbilt of NW Arkansas*

ODOM LAW FIRM, P.A.
161 W. Van Asche Loop
Fayetteville, AR 72703
codom@odomfirm.com

By_____
   Conrad Thomas Odom
   *Attorneys for Plaintiff*