UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

KENNETH WILLIAMS                                                                          PLAINTIFF

v.                                    No. 5:18-CV-05005

THE LARSON GROUP, INC. d/b/a
Peterbilt of NW Arkansas and PACCAR
FINANCIAL CORP.                                                                        DEFENDANTS

## **ORDER**

Before the Court is a motion (Doc. 29) to dismiss this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). The motion represents that the parties have settled all claims. The Court considers dismissal on these terms proper.

IT IS THEREFORE ORDERED that the motion (Doc. 29) is GRANTED and this case is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that PACCAR Financial Corp.'s motions (Docs. 19 and 22) for partial summary judgment are DENIED as MOOT.

IT IS SO ORDERED this 24th day of April, 2019.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE